FILED'06 SEP 11 14:43USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY O. HATHAWAY,              )
                              )
              Plaintiff,      )      CV 05-98-CO
                              )
       v.                     )      ORDER
                              )
ROGUE VALLEY TRANSPORTATION   )
DISTRICT, an Oregon special   )
district, et al.,             )
                              )
              Defendants.     )

**PANNER, J.**

On August 17, 2006, Magistrate Judge Cooney filed his

Findings and Recommendation (docket # 40), recommending that

Plaintiff's motion (# 35) for leave to file a third amended

complaint, and for leave to reopen discovery, be granted.  The

matter is now before me for review pursuant to 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b).  I find no error.

### Conclusion

Magistrate Judge Cooney's Findings and Recommendation

(docket # 40) are adopted.  Plaintiff's motion (# 35) for leave

to file a third amended complaint, and for leave to reopen

1 - ORDER

discovery, is granted.  Judge Cooney will enter an order establishing a new discovery deadline.

IT IS SO ORDERED.

DATED this _____ 10 _____ day of September, 2006.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER